## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|   |   |   |
|---|---|---|
| IN RE ASHLEY MADISON CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) | MDL No. 2669 |

### ORDER

On November 20, 2017, the Court issued its Order Granting Final Approval of Settlement, Cy Pres Distribution and Award of Attorneys Fees and Service Awards to the Class Representatives and dismissed this action with prejudice. (Doc. No. 383) The Court retained jurisdiction over the settlement and the settlement fund and directed the parties to submit a final accounting to the Court on, among other things, the claims paid and amounts distributed to the 501(c)(3) charitable organizations chosen jointly by Class Counsel and Avid.

On February 2, 2018, Settlement Class Counsel submitted an accounting of the claims paid and amounts distributed from the Settlement Fund. (Doc. No. 384) In that submission, Class Counsel stated that once all payments are made, expenses incurred are accounted for, and any unnegotiated distribution payments are known, Settlement Class Counsel would work with the Settlement Administrator to issue a second and equal pro rata cy pres distribution to each of the Charities to close out the Settlement Fund and then file a second notice of accounting with this Court.

Pursuant to the Settlement Agreement and this Court's orders, Plaintiffs' and Class Counsel's second and final accounting of all funds from the Settlement Fund was filed on July 16, 2018. (Doc. No. 389) This case can now be closed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall close this case.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in all member cases: 4:15-cv-1132; 4:15-cv-01876; 4:15-cv-01877; 4:15-cv-01878; 4:15-cv-01879; 4:15-cv-01923; 4:15-cv-01924; 4:15-cv-01925; 4:15-cv-01926; 4:15-cv-01927; 4:15-cv-01928; 4:15-cv-01930; 4:15-cv-01920; 4:15-cv-01943; 4:15-cv-01945; 4:16-cv-00174; 4:16-cv-01940; 4:17-cv-01322.

Dated this 17th day of July, 2018.

*[signature: John A. Ross]*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**